IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-221-RJC-DCK

| DOMINIC JERMAINE BETOURNEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| GKN DRIVELINE, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion Of Denial For Another Extension Or Otherwise Postponement From The Defendant" (Document No. 9) filed April 9, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion.

The undersigned observes that there is no pending request for an extension of time. Defendant has until April 25, 2018 to file an Answer or otherwise respond to Plaintiff's Complaint. The undersigned will take Plaintiff's position on this issue under advisement.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion Of Denial For Another Extension Or Otherwise Postponement From The Defendant" (Document No. 9) is **DENIED**.

Signed: April 9, 2018

David C. Keesler
United States Magistrate Judge