UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-00221-RJC-DCK

| | |
|---|---|
| DOMINIC JERMAINE BETOURNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GKN DRIVELINE, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** comes before the Court on Plaintiff's Motion Requesting a Fast and Speedy Trial, (Doc. No. 24); and the parties' associated briefs and exhibits, (Doc. Nos. 24–25).

For the reasons stated in Defendant's Responsive Brief in Opposition, (Doc. No. 25), Plaintiff's motion is **DENIED**.

**SO ORDERED.**

Signed: February 5, 2019

Robert J. Conrad, Jr.
United States District Judge

1