# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Dominic Jermaine Betourney, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:17-cv-00221-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| GKN Driveline, | ) | |
| | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 1, 2019 Order.

July 1, 2019

Frank G. Johns, Clerk
United States District Court